UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.   21CR3068-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| CELENE PINEDA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the motion to continue the motion hearing/trial setting in this matter now scheduled for December 3, 2021 be continued until Friday, January 14, 2022 at 1:30 p.m.   Defendant shall file an acknowledgement of the new hearing date by December 10, 2021.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   December 1, 2021

Hon. Janis L. Sammartino
United States District Judge