UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   21CR3068-JLS |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| CELENE PINEDA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting in this matter now scheduled for January 14, 2022 to Friday, February 18, 2022 at 1:30 p.m. is **Granted.**

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   January 3, 2022

Hon. Janis L. Sammartino
United States District Judge